IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGINALD WOODS,  ]
    Petitioner,  ]
      ]
vs.  ]  CIVIL ACTION NO. 06-RRA-0224-S
      ]
WARDEN D. B. DREW,  ]
      ]
    Respondent.  ]

**MEMORANDUM OPINION**

    This is a petition for a writ of habeas corpus brought pursuant to 42 U.S.C. § 2241. On January 31, 2006, petitioners Reginald Woods and William Frances Stephens, through their attorneys, filed a joint "Petition [for] Writ of Habeas Corpus." Because the petition was deficient, the petitioners were ordered to file separate amended petitions. Petitioner Stephens was dismissed from the case on March 10, 2006, for failing to file an amended petition.

    Petitioner Woods filed an amended petition on March 6, 2006. Although the amended petition referred to "attached exhibit A," there was no exhibit attached to the amended petition. By order entered March 13, 2006, the petitioner was given until March 17, 2006, "to electronically file the referenced exhibit with the court, if he wishe[d] the exhibit to be considered." The petitioner has failed to comply with the order.

    Exhibit A, referenced by the petitioner, allegedly was "DNA analysis that would exclude the Petitioners from the crime." The basis for the petition is that the prosecution withheld this exculpatory DNA evidence from the defense. Clearly, the petitioner cannot succeed in this action

without submitting the DNA analysis to the court. Because the petitioner has failed to submit the exhibit to the court as required, the petition is due to be dismissed.

    An appropriate order will be entered.

    DONE this the 21st day of March, 2006.

                                           _____
                                           WILLIAM M. ACKER, JR.
                                           UNITED STATES DISTRICT JUDGE